Bankruptcy cAse # 24/6627

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2024 JUL 10 A 11:10

JEANNE A. NAUGHTON
BY /s/ illegible
DEPUTY CLERK

Certificate Number: 15725-NJ-CC-038628704

15725-NJ-CC-038628704

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 2, 2024</u>, at <u>10:25</u> o'clock <u>AM EDT</u>, <u>Kathleen Mueller</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of New Jersey</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>July 2, 2024</u>            By:   <u>/s/Dayeni Gonzalez</u>

                                   Name: <u>Dayeni Gonzalez</u>

                                   Title: <u>Issuer</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).