| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| In Re: |
| Kathleen L Mueller |

**Order Filed on July 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 24-16627

Hearing Date: 7/15/24 AT 10:00 AM

Judge: Michael B. Kaplan

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR THE DEBTOR'S FAILURE TO MEET CREDIT COUNSELING REQUIREMENTS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 12, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having noted the debtor(s)'s failure to comply with the credit counseling requirements of the Bankruptcy Code as indicated below,

- ☐ The ☐ debtor ☐ joint debtor did not file a Certificate of Credit Counseling with the petition,

- ☒ The ☒ debtor ☐ joint debtor filed a Certificate of Credit Counseling after filing the petition that indicates that the debtor(s) participated in credit counseling after filing their petition,

- ☐ The ☐ debtor ☐ joint debtor filed a Certificate of Credit Counseling indicating that the debtor(s) participated in credit counseling more than 180 before the filing of the petition,

and it is hereby

ORDERED that the ☒ debtor ☐ joint debtor shall appear before the Honorable _____Michael B. Kaplan_____ on ___July 15, 2024___ at __10:00 am__ in Courtroom number ___8___, _____virtually via Zoom_____, to show cause why this case should not be dismissed for failure to comply with the credit counseling requirements of the Bankruptcy Code.

new.10/1/15

2