| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Kathleen L Mueller | Case No.: 24-16627-MBK<br>Hearing Date: 8/5/24<br>Judge: Michael B. Kaplan |

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED
## FOR THE DEBTOR'S FAILURE TO MEET CREDIT COUNSELING REQUIREMENTS

The relief set forth on the following page is hereby **ORDERED**.

The Court having noted the debtor(s)'s failure to comply with the credit counseling requirements of the Bankruptcy Code as indicated below,

☐ The ☐ debtor ☐ joint debtor did not file a Certificate of Credit Counseling with the petition,

☒ The ☒ debtor ☐ joint debtor filed a Certificate of Credit Counseling after filing the petition that indicates that the debtor(s) participated in credit counseling after filing their petition,

☐ The ☐ debtor ☐ joint debtor filed a Certificate of Credit Counseling indicating that the debtor(s) participated in credit counseling more than 180 before the filing of the petition,

and it is hereby

ORDERED that the ☒ debtor ☐ joint debtor shall appear before the Honorable _____Michael B. Kaplan_____ on __August 5, 2024__ at __10:00 am__ in Courtroom number ___8___, _____virtually by zoom_____, to show cause why this case should not be dismissed for failure to comply with the credit counseling requirements of the Bankruptcy Code.

*new.10/1/15*

2