UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Kathleen L Mueller

**Order Filed on July 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 24-16627

Hearing Date: 7/15/24 AT 10:00 AM

Judge: Michael B. Kaplan

# ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED
# FOR THE DEBTOR'S FAILURE TO MEET CREDIT COUNSELING REQUIREMENTS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 12, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having noted the debtor(s)'s failure to comply with the credit counseling requirements of the Bankruptcy Code as indicated below,

☐ The ☐ debtor ☐ joint debtor did not file a Certificate of Credit Counseling with the petition,

☒ The ☒ debtor ☐ joint debtor filed a Certificate of Credit Counseling after filing the petition that indicates that the debtor(s) participated in credit counseling after filing their petition,

☐ The ☐ debtor ☐ joint debtor filed a Certificate of Credit Counseling indicating that the debtor(s) participated in credit counseling more than 180 before the filing of the petition,

and it is hereby

ORDERED that the ☒ debtor ☐ joint debtor shall appear before the Honorable _____Michael B. Kaplan_____ on _____July 15, 2024_____ at __10:00 am__ in Courtroom number ____8____, _____virtually via Zoom_____, to show cause why this case should not be dismissed for failure to comply with the credit counseling requirements of the Bankruptcy Code.

*new.10/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Kathleen L Mueller  
    Debtor

Case No. 24-16627-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1  
Date Rcvd: Jul 12, 2024     Form ID: pdf903     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Kathleen L Mueller, 102 Morningside Ave, Union Beach, NJ 07735-3013 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Robert P. Saltzman | on behalf of Creditor Nationstar Mortgage LLC dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4