Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−16627−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kathleen L Mueller
   102 Morningside Ave
   Union Beach, NJ 07735−3013

Social Security No.:
   xxx−xx−6886

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/28/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: August 28, 2024
JAN: wiq

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Kathleen L Mueller  
    Debtor

Case No. 24-16627-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 28, 2024 | Form ID: 148 | Total Noticed: 9 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Kathleen L Mueller, 102 Morningside Ave, Union Beach, NJ 07735-3013 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Aug 28 2024 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 28 2024 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2024 20:38:00 | Nationstar Mortgage LLC, c/o Rushmore Servicing, Attn: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9741, UNITED STATES |
| 520359345 | EDI: JEFFERSONCAP.COM | Aug 29 2024 00:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520373575 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 28 2024 20:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520350963 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2024 20:38:00 | Nationstar Mortgage LLC, c/o Rushmore Servicing, Attn: Bankruptcy, PO Box 619094, Dallas, TX 75261-9094 |
| 520319095 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 28 2024 20:38:00 | Rightpath Servicing, P.O. Box 60516, industry, CA 91716-0516 |
| 520319096 | + EDI: VERIZONCOMB.COM | Aug 29 2024 00:34:00 | verizon wireless, po box 650051, dallas, TX 75265-0051 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 24-16627-MBK    Doc 30    Filed 08/30/24    Entered 08/31/24 00:16:10    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 28, 2024 | Form ID: 148 | Total Noticed: 9 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Aug 30, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Robert P. Saltzman | on behalf of Creditor Nationstar Mortgage LLC dnj@pbslaw.org |
| Stuart H. West | on behalf of Creditor Nationstar Mortgage LLC swest@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5